| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. 4:14-CR-129 |
| | § | |
| STEPHANIE ANN WILLIAMSON (2) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 6, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Unopposed Motion to Withdraw Plea (#110) be GRANTED.

The parties having waived their right to object to the report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's Unopposed Motion to Withdraw Plea (#110) is **GRANTED**.

SIGNED at Beaumont, Texas, this 7th day of August, 2015.

                                                               MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE